JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 15-03212 WDK (PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MARIA E. CHAVEZ, et al.,** | |
| Defendants. | |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendants Romualdo Pedro, individually and d/b/a Punto Chapin a/k/a Mayan Retail; and Mayan, Inc., an unknown business entity d/b/a Punto Chapin a/k/a Mayan Retail, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendants Romualdo Pedro, individually and d/b/a Punto Chapin a/k/a Mayan Retail; and Mayan, Inc., an unknown business entity d/b/a Punto Chapin a/k/a Mayan Retail as follows:

    (a)    defendants Romualdo Pedro, individually and d/b/a Punto Chapin a/k/a Mayan Retail; and Mayan, Inc., an unknown business entity d/b/a Punto Chapin a/k/a Mayan Retail, shall pay the plaintiff, J & J Sports Productions, Inc., $8,800.00 in total damages plus attorneys' fees in the amount of $1,080.00 plus costs.

    IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants, or the pro se defendants in this matter.

Dated: May 12, 2016

_____
William Keller
United States District Judge

- 2 -