Thomas P. Riley Esq SBN 194706
Law Office of Thomas P. Riley PC
1114 Fremont Avenue
South Pasadena, Ca 91030
Phone; 626-799-9797
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

J&J Sports Productions, Inc,        )
                                    )
            Plaintiff,      vs.     )    Case No.: 2:15-cv-03212-WDK-PLA
                                    )
Maria E Chavez,                     )    **RENEWAL OF JUDGMENT BY CLERK**
                                    )
            Defendants.             )
_____)

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to

F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

    Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendants Romualdo Pedro

individually and Punto Chapin a/k/a Mayan Retail and Mayan, Inc., an unknown business entity dba

Punto Chapin a/k/a Mayan Retail, entered on May 13, 2016, be and the same is hereby renewed in the

amounts as set forth below:

    Renewal of money judgment

|   |   |   |   |
|---|---|---|---|
| a. | Total judgment | $ | 9,880.00 |
| b. | Costs and fees after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **9,880.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **00.00** |
| f. | Interest after judgment (.015%) | $ | 1,333.80 |
| g. | Fee for filing renewal of application $ | | 0.00 |
| **h.** | Total renewed judgment (add e, f and g) | | $ 11,213.80 |

Dated: _____May 13, 2026_____        CLERK, by Deputy _____Eulp Syagyue_____

Renewal of Judgment